# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | * | |
| WALTER R COOKE | * | CASE NO.: 16-00053 |
| Debtor | * | (Chapter 13) |
| * * * * * * | * | |
| SANTANDER CONSUMER USA INC | * | |
| Movant | * | |
| v. | * | |
| WALTER R COOKE | * | |
| Respondent | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF DEFAULT

Santander Consumer USA Inc., Movant, by its attorney, Michael J. Klima, Jr., files its Notice of the Debtor's default in terms of the Consent Order Modifying Automatic Stay, entered by this Court on September 15, 2016, as to one 2011 BMW 335i automobile. Debtor has failed to pay Movant $6,366.90 in payment due to date pursuant to said Consent Order.

    /s/Michael J. Klima, Jr.
Michael J. Klima, Jr.  #25562
8028 Ritchie Highway, Ste 300
Pasadena, MD 21122
410-768-2280
Attorney for Movant
Attorney File No.: 16-19248

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of February, 2017, a copy of the foregoing

Notice of Default was mailed, by first class mail postage prepaid to:

Walter R Cooke
3907 Pennsylvania Ave., SE, #201
Washington, DC  20020

Tommy Andrews, Jr., Esquire
122 North Alfred Street
Alexandria, VA 22314

                                        /s/Michael J. Klima, Jr.
                                        Michael J. Klima, Jr.